■ CHARLES WALLER et al., Appellants, v GEORGE D. ARMITAGE, JR., et al., Respondents.—Appeal from an order of the Supreme Court at Special Term, entered January 24, 1978 in Saratoga County, which granted a motion by defendant for summary judgment dismissing the complaint. Order affirmed, with costs, on the opinion of Harvey, J. at Special Term. Sweeney, J. P., Kane, Staley, Jr., Main and Mikoll, JJ., concur.